Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10900−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia B Palmer
   7 Traci Lane
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0403

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        3/27/19
Time:        10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 29, 2019
JAN: wdr

                                Jeanne Naughton
                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Cynthia B Palmer  
    Debtor

Case No. 19-10900-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin      Page 1 of 1      Date Rcvd: Jan 29, 2019  
                     Form ID: 132      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.
```
db              +Cynthia B Palmer,    7 Traci Lane,    Piscataway, NJ 08854-5422
517970216       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517970217       +Atlantic Federal Cred,    37 Market St,    Kenilworth, NJ 07033-1761
517970218       +Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517983573       +MANUFACTURERS AND TRADERS TRUST COMPANY,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
517970221       +Manufacturers & Traders Trust Com/M&T Ba,    C/O KML Law Group, PC,
                  216 Haddon Avenue Suite 406,    Westmond, NJ 08108-2812
517970222      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    PO Box 245,    Trenton, NJ 08695)
517970223       +TD/Target National Bank,    3901 West 53rd St,    Sioux Falls, SD 57106-4221
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 23:21:32     U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 23:21:31      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517970215       +E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2019 23:20:24      Ally Financial,
                  Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
517970220        E-mail/Text: cio.bncmail@irs.gov Jan 29 2019 23:20:45      IRS,    PO Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517970219*      +Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO
               KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Cynthia B Palmer rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```