| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 | Order Filed on February 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Cynthia B. Palmer<br><br>                    Debtor. | Case No.: 19-10900<br>Hearing Date:<br>Judge: KCF |

## ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: February 19, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-10900-KCF |
| | : | Chapter 13 |
| Cynthia B. Palmer | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the `19th` day of `Feb.`, 2019;

**ORDERED** that the continue stay shall continue with respect to all legal proceeding against the Debtor and stay all foreclosure sales; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __7__ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Cynthia B Palmer  
    Debtor

Case No. 19-10900-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 19, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.  
db           +Cynthia B Palmer,    7 Traci Lane,    Piscataway, NJ 08854-5422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Robert C. Nisenson    on behalf of Debtor Cynthia B Palmer rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                       TOTAL: 4